

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00028-CR

| | | |
|---|---|---|
| AMADO FLORES, Appellant | § | On Appeal from the 371st District Court |
| | § | of Tarrant County (1531154D) |
| V. | § | August 4, 2022 |
| | § | Memorandum Opinion by Justice Walker |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. We modify the trial court's judgment to reflect a plea of "Not True" to the petition to adjudicate. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker